# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:10-CR-0128** |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **JULIUS JAMES MONYOUKAYE** : | |

## **ORDER**

AND NOW, this 1st day of December, 2010, upon consideration of the motion (Doc. 46) for transcripts, filed pro se by defendant Julius James Monyoukaye ("Monyoukaye"), and it appearing that Monyoukaye is represented by counsel but filed the pending motion without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006), it is hereby ORDERED that the motion (Doc. 46) is DENIED, without prejudice to Monyoukaye's right to file a motion seeking similar relief with the assistance of counsel.

                                                          S/ Christopher C. Conner
                                                        CHRISTOPHER C. CONNER
                                                        United States District Judge