## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-0128** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **JULIUS JAMES MONYOUKAYE** | : | |

## <u>ORDER</u>

AND NOW, this 30th day of March, 2011, upon consideration of the motion (Doc. 89), filed *pro se* by defendant Julius James Monyoukaye ("Monyoukaye"), wherein Monyoukaye requests that his court-appointed counsel be removed and replaced with another court-appointed counsel, and upon further consideration of the order of court (Doc. 98) dated March 25, 2011, wherein the court granted said motion (Doc. 89) and provided that an attorney shall be appointed by future order of court, it is hereby ORDERED that:

1.   The appointment of Gerald A. Lord, Esquire, as counsel for defendant Monyoukaye in the above-captioned case is TERMINATED.

2.   Jeffrey Conrad, Esquire, 408 West Chestnut Street, P.O. Box 1766, Lancaster, Pennsylvania, 17608-1766, telephone number 717-299-7101, is appointed to represent Monyoukaye in the above-captioned case.

3.   The Clerk of Court is directed to forward all necessary materials to Jeffrey Conrad, Esquire, as soon as possible.

4.   Gerald A. Lord, Esquire, is directed to provide to Jeffrey Conrad, Esquire, the file in the above-captioned case as soon as possible.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge