# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO 1:10-CR-00128** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **JULIUS JAMES MONYOUKAYE** | : | |

## **ORDER**

AND NOW, this 19th day of November, 2013, upon consideration of petitioner Julius James Monyoukaye's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 (Doc. 151), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 151) is DENIED.

2. A certificate of appealability is DENIED. See Rule 11(a), Rules Governing Section 2255 Cases.

                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania