# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO 1:10-CR-00128** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **JULIUS JAMES MONYOUKAYE** | : | |

## **ORDER**

AND NOW, this 17th day of January, 2014, upon consideration of the notice of appeal and request for certificate of appealability (Doc. 160) filed on today's date by petitioner Julius James Monyoukaye, and the court observing that it denied the petitioner's request for a certificate of appealability when resolving his motion (Doc. 151) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, (see Doc. 159 (denying certificate under Rule 11(a) of Rules Governing Section 2255 Cases)), and the court noting that when a certificate of appealability has been denied by the district court, a petitioner's recourse lies no longer with the district court but rather with the Third Circuit Court of Appeals, see FED. R. APP. P. 22(b) ("If the district judge has denied the certificate, the applicant may request a circuit judge to issue it."), it is hereby ORDERED that the petitioner's renewed request for a certificate of appealability is DENIED.

                                                 /S/ CHRISTOPHER C. CONNER
                                                 Christopher C. Conner, Chief Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania